UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In The Matter of the Search of

United Parcel Service Package Bearing Tracking Number
1Z 338 3E7 13 6137 3691
Addressed to Marshall Watson
#130, 220 Loudon Road, Concord, NH 03301,
the Return Addressee on which Is Doug Moody
St. Brendan's Isle, 411 Walnut Street, Green Cove Springs, FL 32043

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2009 MAR 20  P 1:44

09 mj 27

## ORDER

After review of the application for search warrant (including the supporting affidavit of Postal Inspector Scott DeYoung), the search warrant and the government's motion for delaying notice of the execution of the search warrant on the above-referenced package pursuant to 18 U.S.C. § 3103a(b), the Court hereby finds that immediate notification of the execution of the warrant may have an adverse result, in that it would seriously jeopardize an ongoing law enforcement investigation; that the warrant does not authorize the seizure of any tangible property; and the warrant provides for the giving of such notice within a reasonable period of its execution.

WHEREFORE, the Court grants the government's motion for delayed notice of the execution of the warrant on the above-referenced package and orders that notice of the execution of the warrant will be provided within **30 days** of the execution of the warrant, unless, upon a showing of good cause, that period is extended by this Court.

Date: 3/20/09

_____
Judge Joseph N. Laplante
United States District Judge